AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| James Edward Rose, Jr.<br>*Plaintiff*<br>v.<br>State of South Carolina, Berkeley County Sheriff's Office, Hill-Finklea Detention Center, R. Markley Dennis, Jr., Deadra L. Jefferson, Wilton McNeely, Brandon D. Latullip, T. Dodd, Berkeley County Jail Keepers, Ronnie J. Russel, et al<br>*Defendant* | ) ) ) ) ) )   Civil Action No.  2:21-cv-2902-JMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: This case is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge.

Date:  February 11, 2022

ROBIN L. BLUME
*CLERK OF COURT*

s/Debbie Stokes

*Signature of Clerk or Deputy Clerk*